IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

ESTEBAN GONZALEZ, and FIESTA
MARKET & TACQUERIA, INC., d/b/a
Tequila Night Club,

    Defendants.

Civ. No. 1:17-cv-00678-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation (#17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#17) is adopted. Plaintiff's motion for default judgment (#16) is GRANTED in part and DENIED in part. Plaintiff is awarded statutory

1 – ORDER

damages of $10,000 and enhanced statutory damages of $30,000. Plaintiff is granted 14 days to submit its motion for costs and attorney's fees.

IT IS SO ORDERED.

DATED this 11th day of January, 2018.

       /s/ Michael J. McShane
Michael McShane
United States District Judge