IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

J & J SPORTS PRODUCTIONS, INC.,

       Plaintiff,                                       Civ. No. 1:17-cv-00678-CL

       v.                                              ORDER

ESTEBAN GONZALEZ, and FIESTA
MARKET & TACQUERIA, INC., d/b/a
Tequila Night Club,

       Defendants.
_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (ECF No. 24), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 24) is adopted. Plaintiff's motion for

1 – ORDER

attorney's fees and costs (ECF No. 21 and 23) are GRANTED. Plaintiff is awarded attorney's fees in the amount of $5,945.00 and costs in the amount of $1,105.00.

IT IS SO ORDERED.

DATED this 27th day of March, 2018.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 – ORDER